<pre>
                    UNITED STATES BANKRUPTCY COURT
                    MIDDLE DISTRICT OF NORTH CAROLINA
                            DURHAM DIVISION
</pre>

In re:
**CLARENCE ISAAC ALLEN JR and**
**SHONDAH TABORN ALLEN**                    Case No. 10-81038
S.S. Nos.: xxx-xx-9054 and xxx-xx-2653
Mailing Address: 912 FORGE RD, Durham, NC 27713-

                                    Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on June 14, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 28, 2010

                                    **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                                    /s John T. Orcutt
                                    _____
                                    John T. Orcutt
                                    N.C. State Bar No. 10212
                                    Counsel for the Debtors
                                    6616-203 Six Forks Rd.
                                    Raleigh, N.C. 27615
                                    Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

Date: 6/11/10
Lastname-SS#: Allen-9054

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| Verizon Wireless | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| Verizon Wireless | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| Mechanics and Farmers | | $30,083 | ** |
| US Bank | | | ** |
| SunTrust | | | ** |
| Chase Home Mort | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Mechanics and Farmers | | $4,821 | N/A | n/a | $4,821.00 | 606 United and 831 Belgreen |
| US Bank | | $891 | N/A | n/a | $891.00 | 912 Forge - Primary Residence |
| SunTrust | | $91 | N/A | n/a | $91.00 | 912 Forge - Primary Residence |
| Chase Home Mort | | $551 | N/A | n/a | $551.00 | 614 Burlington Avenue |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| SECU | | $4,977 | 5.00 | $50 | $93.94 | 2001 GMC Truck |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $1 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | $8,091 |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $9,682 |
| State Taxes | $34,654 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | $25,016 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$8,753** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: [ ] months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE         (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1 2/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

# CERTIFICATE OF SERVICE

I, WILLIAM MCDONALD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s WILLIAM MCDONALD
WILLIAM MCDONALD

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Duke University Hospital
Post Office Box 91040
Durham, NC 27708-1040

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

AAA Financial Services
Post Office Box 15026
Wilmington, DE 19850-5026

GEMB/JCPenney
Post Office Box 103104
Roswell, GA 30076

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Home Depot Credit Services***
Post Office Box 653002
Dallas, TX 75265

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Bank of America
ATTN: Billing Inquiries
Post Office Box 15026
Wilmington, DE 19850-5026

Internal Revenue Service (MD)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Experian
P.O. Box 2002
Allen, TX 75013-2002

Chase Home Mortgage ***
P.O. Box 78420
Phoenix, AZ 85052-8420

Mechanics & Farmer's Bank
Attn: William A. Marsh, Jr.
2634 Durham Chapel Hill Blvd.
Durham, NC 27707

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Child Support Enforcement
Post Office Box 20800
Raleigh, NC 27619-0800

Mechanics & Farmers Bank
Attn: William A. Marsh, Jr., Attorr
2634 Durham Chapel Hill Blvd.
Durham, NC 27707

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

North Carolina Department of Re
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Discover
Post Office Box 30943
Salt Lake City, UT 84130-0943

North Carolina Dept of Revenue*
Post Office Box 1168
Raleigh, NC 27602-1168

Private Diagnostic Clinic, PLLC
P.O. Box 900002
Raleigh, NC 27675-9000


Sears
Post Office Box 6924
The Lakes, NV 88901-6924


State Employees Credit Union ***
Attn: Bankruptcy Department
P.O. Box 25279
Raleigh, NC 27611


SunTrust
PO Box 305053
Nashville, TN 37230


US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858


US Bank Home Mortgage***
Post Office Box 20005
Owensboro, KY 42304-0005


William A. Marsh Jr., PLLC
PO Box 125
Durham, NC 27702