**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. B-10-81038** |
| | ) | |
| **CLARENCE I. ALLEN, JR. and** | ) | |
| **SHONDAH T. ALLEN,** | ) | |
| **dba ALLEN'S WRENCH, INC.** | ) | |
| | ) | **Chapter 13** |
| **Debtors.** | ) | |

***WAIVER OF HEARING WITHIN 30 DAYS***

Mechanics and Farmers Bank (hereinafter referred to as the "Creditor" and/or "Bank") by and through undersigned counsel hereby waives the requirement that a hearing on its Motion for Relief From Stay be held within thirty (30) days of the filing of the motion.

This the 3rd day of September, 2010.

/s/William A. Marsh, Jr., Esquire
WILLIAM A. MARSH, JR., PLLC
Attorney for Creditor
NC State Bar #2877
120 E. Parrish Street, Suite 310
Durham, NC 27702
Phone: (919) 688-2374

(End of Document)


WILLIAM A. MARSH, JR., PLLC
P.O. Box 125 Durham, North Carolina 27702
Ph. 919-688-2374 Fax 919-688-2376 Email wmarshjr.1@earthlink.net