C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | No. B-10-81038 C-13D |
| Clarence I. Allen, Jr. ) | |
| Shondah T. Allen ) | |
| ) | |
| Debtor(s) ) | |

## ORDER DENYING MOTION TO REFINANCE

On December 16, 2010, a hearing was held on Motion by the Debtors for authorization to refinance their real property. At the hearing, Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee and Edward C. Boltz, Esq. appeared on behalf of the Debtors and stated to the Court that the Debtors have been unable to get the refinancing approved and that the Motion should be denied. The Court, after considering the Motion and having heard and considered the statements of counsel, finds that the Motion should be denied; therefore, it is

ORDERED that the Motion of the Debtors for authorization to refinance their real property is denied without prejudice.

## PARTIES IN INTEREST
## Page 1 of 1
## 10-81038 C-13D

Clarence I. Allen, Jr.
Shondah T. Allen
912 Forge Rd.
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702