C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Clarence I. Allen, Jr. )  **Motion and Notice**
       Shondah T. Allen )  **Chapter 13**
       )
       )
       )  No: B-10-81038 C-13D
       )
      Debtor(s) )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

JPMorgan Chase Bank filed Trustee's Claim No. 12 which was allowed as a secured long-term continuing debt. The Trustee has been informed by JPMorgan Chase Bank that after an escrow analysis, the monthly payment has changed to $567.22 effective July, 2011.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to JPMorgan Chase Bank of $567.22 effective July, 2011.


Date:  July 13, 2011        s/Richard M. Hutson, II
     ej        Standing Trustee

--------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before August 13, 2011, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  September 1, 2011,  at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*


Date:  July 13, 2011        OFFICE OF THE CLERK
       U.S. Bankruptcy Court

Clarence I. Allen, Jr.
Shondah T. Allen
912 Forge Rd.
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

JPMorgan Chase Bank
700 Kansas Ln, LA4-5555
Monroe, LA  71203