C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-81038  C-13D |
| Clarence I. Allen, Jr. | ) | |
| Shondah T. Allen | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING MOTION FOR PERMISSION TO INCUR DEBT

On July 21, 2011, a hearing was held on the Debtors' Motion to Incur Debt with Tab Commercial, Inc. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtors, and Richard M. Hutson II, Standing Trustee appeared. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the request to incur debt is not in the best interest of the Debtors and the Motion should be denied; therefore, it is

ORDERED that the Debtors' Motion to Incur Debt is denied.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-81038 C-13D**

Clarence I. Allen, Jr.
Shondah, T. Allen
912 Forge Rd.
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Mechanics & Farmers Bank
Attn.: Managing Agent
PO Box 1932
Durham, NC 27702