C-13-23a(FTP)  **UNITED STATES BANKRUPTCY COURT**
(Rev. 6/04)  **MIDDLE DISTRICT OF NORTH CAROLINA**

In Re: Clarence Allen, Jr. ) **DISMISSAL ORDER**
     Shondah Allen ) **CHAPTER 13**
                                    )
                                    ) No: B-10-81038 C-13D
                   Debtor(s) )

For sufficient reasons appearing and after notice as required by law; it is

ORDERED that this case is dismissed after confirmation upon written request of the debtor(s); and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case for noticing costs in the amount of $.50 per notice with the balance of the funds to be disbursed pursuant to the confirmed plan.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-81038 C-13D**

Clarence Allen, Jr.
Shondah Allen
912 Forge Rd.
Durham, NC  27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702